IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
THE HANOVER INSURANCE        )
COMPANY, a corporation,      )
                             )
    Plaintiff,               )
                             )       CIVIL ACTION NO.
    v.                       )         3:09cv1002-MHT
                             )              (WO)
ABNEY GRADING & PAVING,      )
INC., a corporation;         )
LOUIE B. ABNEY, II, an       )
individual, THERESA LYNNE    )
ABNEY, an individual,        )
                             )
    Defendants.              )
```

### JUDGMENT

By agreement of the parties made during an on-the-record conference call on January 13, 2011, it is the ORDER, JUDGMENT, and DECREE of the court that defendant Theresa Lynne Abney and the claims against her are dismissed without prejudice.

It is further ORDERED that the parties are to bear their own costs.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed in its entirety.**

**DONE, this the 14th day of January, 2011.**

                                    /s/ Myron H. Thompson  
                                  **UNITED STATES DISTRICT JUDGE**